## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                              CASE NO. 19-MAG-11733

MARIA FERNANDA GUTIERREZ OSPINO

    *Defendant.*

_____/

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, **Julia Kefalinos, Esq. FBN: 877832,** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for in the above-captioned action.

I am in good standing of the bar of the state of and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the certificates of good standing for the Florida Bar and the United States District Court for the Southern District of Florida.

Dated: Jan. 9, 2020
Respectfully Submitted,

/s/ _____
Julia Kefalinos, Esq. 877832
Law Office of Julia Kefalinos, P.A.
2121 SW 3rd Ave #600
Miami, Florida 33129
T: (305) 856-2713
F: (305) 856-2715

E: juliakefalinos@bellsouth.net

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                              CASE NO. 19-MAG-11733

MARIA FERNANDA GUTIERREZ OSPINO

    *Defendant.*
_____/

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Julia Kefalinos, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of Florida; and that his/her contact information is as follows:

    Julia Kefalinos, Esq. 877832
    Law Office of Julia Kefalinos, PA
    2121 SW 3rd Ave. #600
    Miami, Florida 33129
    T: 305-856-2713
    F: 305-856-2715
    E: juliakefalinos@bellsouth.net

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant MARIA FERNANDA GUTIERREZ OSPINO in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____                _____
                                                   United States District/Magistrate Judge

# SWORN AFFIDAVIT

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

**BEFORE ME** the undersigned authority, personally appeared Julia Kefalinos, who after being cautioned and sworn, states as follows:

1. My name is JULIA KEFALINOS.
2. I am an attorney practicing in the state of Florida bar #877832.
3. I have never been convicted of a felony.
4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
5. There are no disciplinary proceedings presently against me.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JULIA KEFALINOS
Affiant

SWORN AND SUBCRIBED to before me appeared Julia Kefalinos who personally known to me on this January 9, 2020. 10
Produced FL Driver License
K145-420-65-519-0
My Commission Expires: Feb 5, 2021
NOTARY PUBLIC at Large

FRANK GIL
Notary Public – State of Florida
Commission # GG 069765
My Comm. Expires Feb 5, 2021



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0877832
Julia Kefalinos
Law Office of Julia Kefalinos, P.A.
2121 SW 3rd Ave Ste 600
Miami, FL 33129-1449

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **February 22, 1991**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 7th day of **January, 2020**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-68641





# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Julia Kefalinos,** Florida Bar # **877832,** was duly admitted to practice in this Court on **February 13, 2007,** and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on January 09, 2020.

Angela E. Noble
Court Administrator & Clerk of Court


# LAW OFFICE of
# JULIA KEFALINOS

January 9, 2020

Clerk of Courts
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

              Re: U.S. v. Maria Fernanda Gutierrez Ospino  19-MAG-11733

              Pro Hac Vice application

To whom it may concern:

Attached please find my Motion for Pro Hac Vice admission, the proposed order, current certificates of good standing, money order and Affidavit. You may reach me at the below contact information or my cell phone 786-351-3954, if you need further information to complete my application.

Best regards,

Julia Kefalinos

Julia Kefalinos. P.A.  
Attorney at Law

Member of Florida Federal & State Courts  
Criminal Defense & Bankruptcy  
KEFALINOSLAW.COM

jk@kefalinoslaw.com · Email  
305 856 2713 · Office  
305 856 2715 · Fax

2121 SW 3rd Avenue  
Suite 600  
Miami FL · 33129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                              CASE NO. 19-MAG-11733

MARIA FERNANDA GUTIERREZ OSPINO

    *Defendant.*

_____/

## ORDER FOR ADMISSION PRO HAC VICE UPON ORAL MOTION

    The oral motion of Julia Kefalinos, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar of the state of Florida; and that his/her contact information is as follows:

        Julia Kefalinos, Esq. 877832
        Law Office of Julia Kefalinos, PA
        2121 SW 3rd Ave. #600
        Miami, Florida 33129
        T: 305-856-2713
        F: 305-856-2715
        E: juliakefalinos@bellsouth.net

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant MARIA FERNANDA GUTIERREZ OSPINO in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____        _____
                                                          United States District/Magistrate Judge