UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITES STATES OF AMERICA
:
                Government,      19 Mag. 11733
:
-against-                    ORDER
:
MARIA FERNANDA GUTIERREZ OSPINA
:
                Defendant    :
-----------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

      IT IS HEREBY ORDERED: The Clerk of Court, Southern District of New York, is directed to accept the sum of $5,000.07 into the Registry of the Court, from the United States District Court, Southern District of Florida to secure the defendant's bond.

Dated:     January 22, 2020
             New York, New York

                                        SO ORDERED

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge